# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH LEE RISCH,

      Plaintiff,

    v.

TRACY TALLIER, et al.,

      Defendants.

ORDER

Case No.  19-cv-368-wmc

Plaintiff Kenneth Lee Risch has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee.  To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than May 30, 2019. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

## ORDER

IT IS ORDERED that plaintiff Kenneth Lee Risch may have until May 30, 2019 to submit a trust fund account statement for the period beginning approximately November 8, 2018 and ending approximately May 8, 2019.  If, by May 30, 2019, plaintiff fails to respond

to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that

event, the case will be closed without prejudice to plaintiff filing the case at a later date.


Entered this 8th day of May, 2019.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge