IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH LEE RISCH,

    Plaintiff,

  v.

TRACY TALLIER, WENDY NESS,
CONNIE ELBE, ERIC LOSEE,
MICHELLE HUBBARD, DENISE
SYMDOM, SHIRLEY STORANDT, and
REBECCA HER,

    Defendants.

Case No. 19-cv-368-wmc

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| | |
|---|---|
| /s/ | November 17, 2021 |
| Peter Oppeneer, Clerk of Court | Date |